

**NUMBERS 13-20-00402-CV AND 13-20-00496-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE INTEREST OF C.M.D., A CHILD

**On appeal from the 24th District Court
of Victoria County, Texas.**

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This is an appeal of the trial court's order dated August 25, 2020, terminating the parental rights of S.G. (Mother) and R.D. (Father) to one minor child, C.M.D. On September 23, 2020, Father submitted a pro se notice of appeal.

On September 23, 2020 and October 28, 2020, the Clerk of this Court notified Father, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss his appeal unless the $205.00 filing fee was paid within ten days from receipt of

the letter. *See* TEX. R. APP. P. 42.3(c). Father has not responded to either of the notices from the Clerk or paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b), 42.3(c).

On October 26, 2020, the Clerk of this Court sent another notice to Father, instructing that his appeal was also subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within seven days from the receipt of the letter, Father provided a reasonable explanation for his failure to timely file a brief, and the appellee is not significantly injured by Father's failure to timely file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a)(1), 42.3(b), (c). More than seven days have passed, and Father has not filed a brief or otherwise responded to the Clerk's notice.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b), (c). In light of the foregoing, and mindful of the expedited deadlines and procedures that apply to parental termination appeals, *see id.* R. 28.4; TEX. R. JUD. ADMIN. 6.2(a), we conclude the appeal should proceed as it concerns Mother, but the appeal as it concerns Father should be severed into a separate cause number and dismissed.

Accordingly, the appeal with respect to Father is hereby SEVERED from the remainder of the appeal and placed into appellate cause number 13-20-00496-CV, styled *In the Interest of C.M.D., a Child*. By separate memorandum opinion, the severed appeal will be dismissed for want of prosecution and failure to comply with a notice from the Court. *See* TEX. R. APP. P. 42.3(b), (c). The appeal as to Mother will remain under appellate cause number 13-20-00402-CV and will proceed in due course.

2

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of November, 2020.